UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA §
§ Case Number: SA:13-M -00787(1)
vs. § MD/FL-Orlando: 6:13CR161-Orl-36 DAB
§ Date: September 11, 2013
§ Time in Court: 4:29 PM - 4:47 PM
(1) DAVID WRIGHT §
§ SWORN [X]
§

PROCEEDING MEMO - INITIAL APPEARANCE

1.  [ ] Complaint Filed         [X] Arrest Warrant Issued
    [X] Indictment                                       (Date)
    [ ] Information
    [ ] Prob Form 12             [X] Agency        HSI
    [X] Arrested   in custody - September 11, 2013
                        Date

2.  COURT PERSONNEL:
    Magistrate Judge: JOHN W PRIMOMO
    Courtroom Deputy: Magda Muzza
    Interpreter: Yes / No

3.  APPEARANCES:   For the United States:   JOEY CONTRERAS - Excused
                   For the Defendant:
                   Address:

                   Phone:
                   Retained [ ]     FPD [ ]      CJA [ ]

4.  PROCEEDINGS:
    a. [X] Defendant found competent.
    b. [X] Defendant informed of and received copy of charging document.
           Violation: 18 USC 2422(b)
    c. [X] Defendant informed of maximum penalty:
           20 yrs. imprisonment; $250,000.00 Fine; 3 yrs. supervised release and $100.00
           special assessment.

    d. [X] Defendant informed of constitutional rights.
           *My constitutional rights have been explained to me.*
           Date _____ Signature _____
    e. [ ] Defendant informed of right to Preliminary Hearing:
           set for _____
           OR
       [X] No right to Preliminary Hearing.
           Arraignment set for _____  *to be set and held in charging district

4. **PROCEEDINGS: (Continued)**

   f. [X] Defendant informed of right to legal counsel.
   - ____ 1) Defendant waives counsel, OR
   - _X_ 2) Defendant will try to secure counsel and inform court by  Dft. has retained James Taylor, Jr. as to name, address of counsel retained, OR
   - ____ 3) Defendant requests appointment of counsel.
   
   Defendant has completed financial affidavit.
   - ____ a) Court finds Defendant is financially eligible and orders counsel appointed.
   
   OR
   - ____ b) Court finds Defendant is financially ineligible and denies request.
   
   Defendant to advise Court by _____ as to name, address of counsel retained.

   g. [X] **PRETRIAL RELEASE:**
   - [ ] 1) Government moved for detention under §3124(f).
     Detention Hearing set for: _____
   - [ ] 2) Court SUA SPONTE "moves" for detention.
     Detention Hearing set for: _____
   - [ ] 3) Temporary detention ordered.
     Bond Hearing set for: _____
   - [X] 4) Court orders Defendant be released on the following conditions:
     - ____ a) Personal recognizance.
     - _X_ b) Defendant's bond set at $50,000.00
       - _X_ which is unsecured.
       - ____ which requires _____% deposit.
       - ____ which requires 100% cash/corporate/surety.
     - _X_ c) Additional conditions of release as set forth in Order Setting Conditions of Release.
   - [ ] 5) Detention ordered (i.e., Probation Violation).

   h. [ ] Temporary commitment issued _____ *Date*

   i. [ ] Preliminary Hearing continued/reset to _____ *Date*
      at _____ *Time*

   j. [ ] Preliminary Hearing held _____ *Date*

   k. [ ] Probable Cause found _____ *Date*
      OR
      [ ] No Probable Cause found _____ *Date*

   l. [ ] Defendant held to District Court _____ *Date*

   m. [ ] Defendant dismissed on Government's motion _____ *Date*

   n. [ ] Final Commitment Issued _____ *Date*

   o. [ ] Arraignment Set _____

*Date*

5. a. [X] **OTHER PROCEEDINGS**  *The defendant acknowledges on the record that he is the person named in the petition and warrant returned in the [charging District/Division]. ORAL WAIVER OF IDENTITY HEARING ENTERED ON THE RECORD.*

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2013 JUN 26 PH 3: 24

UNITED STATES OF AMERICA

v.

DAVID WRIGHT

CASE NO. 6:13-cr-161-ORL-36DAB
18 U.S.C. § 2422(b)
18 U.S.C. § 2428 -Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on or about January 2, 2013 through January 9, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### DAVID WRIGHT

the defendant herein, using a facility and means of interstate commerce, namely, the Internet, did knowingly attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years to engage in a sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of Section 800.04 of the Florida Statutes.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

2. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422, the defendant, **DAVID WRIGHT**, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, Cellular Phone.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Myrna Amelia Mesa
Special Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

3

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

DAVID WRIGHT

## INDICTMENT

Violations:

18 U.S.C. § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 26th day

of June, 2013.

_____
Clerk

Bail $ _____

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2013 AUG 13 PM 2: 18

UNITED STATES OF AMERICA

v.   CASE NO. 6:13-cr-161-Orl-36DAB

DAVID WRIGHT

## ORDER

This matter before the Court is the government's motion to unseal the indictment, the arrest warrant, and any documents filed in this case that would identify the defendant in the instant case.

It is hereby ORDERED that the indictment, the arrest warrant, and any documents filed in this case that would identify the defendant in the instant case, be UNSEALED.

DONE AND ORDERED in Chambers at Orlando, Florida, this 13th day of August, 2013.

Karla R. Spaulding
United States Magistrate Judge

cc: Special Assistant U.S. Attorney Myrna Amelia Mesa

# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:13-cr-00161-CEH-DAB All Defendants

Case title: USA v. Wright                                      Date Filed: 06/26/2013

Assigned to: Judge Charlene Edwards
Honeywell
Referred to: Magistrate Judge David A.
Baker

**Defendant (1)**

David Wright

**Pending Counts**                                             **Disposition**

18:2422.F COERCION OR
ENTICEMENT OF MINOR
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                 **Disposition**

None

**Plaintiff**

USA                                     represented by   Myrna Amelia Mesa
                                                         US Attorney's Office - FLM
                                                         Suite 300
                                                         501 West Church St.
                                                         Orlando, FL 32805
                                                         407/648-7500
                                                         Fax: 407/648-7643
                                                         Email: myrna.mesa@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2013 | 1 | INDICTMENT returned in open court as to David Wright (1) on count 1. (Originally filed under seal) (RDO) (Entered: 08/16/2013) |
| 06/26/2013 | 2 | MOTION to Seal Indictment and related documents by USA as to David Wright. (RDO) Motion referred to Magistrate Judge David A. Baker. (Entered: 08/16/2013) |
| 06/26/2013 | 3 | ORDER granting 2 Motion to Seal as to David Wright (1). Signed by Magistrate Judge Gregory J. Kelly on 6/26/13. (RDO) (Entered: 08/16/2013) |

| 08/13/2013 | 5 | MOTION for miscellaneous relief, specifically to Unseal the Indictment, the Arrest Warrant, and any documents filed in this case that would identify the Defendant by USA as to David Wright. (RDO) (Entered: 08/16/2013) |
| 08/13/2013 | 6 | ORDER granting 5 Motion to Unseal as to David Wright (1). Signed by Magistrate Judge Karla R. Spaulding on 8/13/13. (RDO) (Entered: 08/16/2013) |