(TXWD - r40.Ltr)

# UNITED STATES DISTRICT COURT

William G. Putnicki      Western District of Texas
Clerk of the Court         San Antonio Division
655 East Cesar E. Chavez Boulevard (formerly E. Durango Boulevard)
San Antonio, Texas 78206

September 20, 2013

*RECEIVED 2013 SEP 23 PM 3: 44 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL*

United States Courthouse
401 West Central Blvd
Orlando, FL 32801

| | |
|---|---|
| Our Case Number: | SA:13-M -00787(1) |
| Your Case Number: | 6:13-CR-161 |
| USA vs. | (1) DAVID WRIGHT |

Dear Clerk,

The above named defendant is charged in the Middle District of Florida - Orlando and has been arrested in the Western District of Texas, San Antonio Division.

You may access electronically filed documents for this case at our DCN/CM/ECF web address:
http://156.124.96.229/MyDocketSheet/mydocketsheet.aspx

The following document is not available electronically and is enclosed in paper format:
Financial Affidavit (CJA23)

Please acknowledge receipt of this transmittal, and original documents, if any, by signing and returning the enclosed copy of this letter to the divisional office at the address listed above.

Sincerely,

William G. Putnicki,
Clerk of the Court.

By: _____
Courtroom Deputy
(210) 472-6550, ext. 5012
Telephone No.

Encl.
RECEIVED THIS _____ DAY OF _____ , _____
BY: _____